83,464-01

| STATE OF TEXAS | § | IN THE 179TH DISTRICT COURT |
| VS. | § | OF |
| WEBB, WILLIARD K. | § | HARRIS COUNTY, TEXAS |

**This document contains some pages that are of poor quality at the time of imaging.**

## AFFIDAVIT

**BEFORE ME,** the undersigned authority personally appeared, who being duly sworn deposed as follows.

My name is ALISON LEDEE. I am a Deputy District Clerk employee assigned as a Deputy Court Clerk of the Criminal Courts Division for the District Clerk's office.

PROSE Motion titled: MOTION FOR PRODUCTION OF TRIAL TRANSCRIPTS CLERKS RECORDS, DOCUMENTS, AND DISCOVERY IN FORMA PAUPERIS was received on 6/15/15 and presented to court but no ruling was made. On 9/25/2015 court made a ruling denying motion titled: above.

_____
ALISON LEDEE, Deputy Court Clerk

SWORN TO AND SUBSCRIBED before me on the 2ND day of October, 2015.

_____
LIZBETH GUEVARA,
Supervisor Criminal Bureau

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 15 2015
Abel Acosta, Clerk

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 MAY -1 AM 7: 39

Attn: CHRIS DANIEL
CLERK OF THE
179th JUDICIAL DISTRICT COURT
P.O. BOX 4651
HOUSTON, TX. 77210-4651

APRIL : 22 / 2015

Re: WILLARD KENDALL WEBB V. STATE OF TEXAS
     Cause no: 1278106

Dear District Clerk:

Please find enclosed for filing amoung the papers in the above cause number, My oringinal motion for a copy of the transcripts, and court reporters record in forma pauperis. Please bring this motion to the attention of the honorable judge of the 179th judicial dasrtic court.

Enclosed is (2) copies of said (10) page motin along with "DECLARATION OF INABILITY TO PAY COAST".

Your time and assistance in this matter is greayly apprecate.

RESPECTFULLY SUBMITTED

/s/ Willard K Webb

WILLARD K. WEBB
ALL RED UNIT #1713120
2101 FM 369 N
Iowa Park, TX. 76367

cc: wkw/file

**FILED**

Chris Daniel
District Clerk

SEP 1 7 2015

Time:_____

Harris County, Texas

By_____
Deputy



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,464-01

### IN RE WILLARD K. WEBB, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS CAUSE NO. 1278106 IN THE 179TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Harris County District Clerk requesting an estimate of the "total fees" required to purchase copies of requested records, but has received no response.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response stating whether he received a request from the Relator for a statement of costs for his records. If the District Clerk received such a request, he shall state the nature of his response and, if available, provide a copy of the response. If the District Clerk received



2

such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 16, 2015
Do not publish



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

September 16, 2015

**FILED**
Chris Daniel
District Clerk

SEP 17 2015

Time:_____
Harris County, Texas
By_____
Deputy

District Clerk Harris County
Chris Daniel
Post Conviction/Appeals Section
P.O. Box 4651
Houston, TX 77210-4651
* DELIVERED VIA E-MAIL *

Re: WEBB, WILLARD K
CCA No. WR-83,464-01
Trial Court Case No. 1278106

The Court has this day issued an order for the above referenced cause.

Sincerely,

Abel Acosta, Clerk

cc: WILLARD K WEBB